1086899

AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
OCT 25 2005
U.S. MARSHALS SERVICE
DISTRICT R.I.

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

GERALDO DICLO a/k/a Hector Serrano

## WARRANT FOR ARREST

CASE NUMBER: 1:05M126M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest GERALDO DICLO a/k/a Hector Serrano
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

ILLEGAL REENTRY BY A PREVIOUSLY DEPORTED ALIEN

in violation of Title 8 United States Code, Section(s) 1326(a) and (b)(2)

David L. Martin
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

David L. Martin
Signature of Issuing Officer

10/25/05 Providence, RI
Date and Location

Bail fixed at $ ____________ by ____________
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at Dartmouth, MA by ICE | | |
| DATE RECEIVED 10/25/2005 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 11/03/2005 | | |

This form was electronically produced by Elite Federal Forms, Inc.