IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

CR 05 130T

UNITED STATES OF AMERICA )
)
v. ) CR. No.
) In Violation of 8 U.S.C.
) §§ 1326(a) and (b)(2)
)
GERALDO DICLO )

FILED
NOV 22 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**INFORMATION**

The United States Attorney charges that:

On or about October 19, 2005, Defendant GERALDO DICLO, an alien who had previously been deported from the United States, knowingly entered and was found in the District of Rhode Island without having obtained the express consent of the Attorney General of the United States to reapply for admission into the United States.

In violation of 8 U.S.C. §§ 1326(a) and (b)(2).

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

GERARD B. SULLIVAN
Criminal Chief

LEE H. VILKER
Assistant U.S. Attorney

DATE: 11-18-05