UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR NO. 05-130 T

GERALDO DICLO :

**DEFENDANT'S MOTION FOR CONCURRENT SENTENCE UNDER U.S.S.G. § 5G1.3**

The defendant is moving for a concurrent sentence under U.S.S.G. § 5G1.3, requesting that this Court impose a sentence that gives the defendant credit for the period of time from August 2, 2004 forward. The defendant hereby incorporates by reference the attached memorandum of law in support of motion for concurrent sentence.

GERALDO DICLO,
By his attorney,

EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
( 401 ) 528 - 4281

## CERTIFICATION

I hereby certify that I hand-delivered a copy of the within to Lee Vilker, AUSA on the 24th day of March, 2006.

______________________

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CR NO. 05-130 T |
| GERALDO DICLO | : | |

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S MOTION FOR CONCURRENT SENTENCE UNDER U.S.S.G. § 5G1.3**

The defendant is moving for a concurrent sentence under U.S.S.G. § 5G1.3, requesting that this Court impose a sentence that gives the defendant credit for the period of time from August 2, 2004 forward.

I. **Procedural History**

The defendant was arrested on July 20, 2004 in Providence and charged with possession of marijuana with intent to deliver. PSR ¶ 29. According to the Rhode Island Department of Corrections, a detainer was lodged at the Adult Correctional Institutions on August 2, 2004 by the Department of Homeland Security, Bureau of Immigration and Customs Enforcement ( "ICE Detainer"). Defense counsel spoke with the Rhode Island Department of Corrections, office of Records and Identification, on March 23, 2006 to determine the date that the ICE detainer was filed. The defendant will supplement this filing with documents

from the Rhode Island Department of Corrections, once those documents are received by defense counsel.

The defendant seeks that the Court impose a sentence that gives the defendant credit back to August 2, 2004. The existence of the ICE detainer at the Adult Correctional Institutions prevented the defendant from being able to move through the Rhode Island Correctional system. Further, the government did not charge the defendant for fourteen (14) months. This fourteen (14) month delay certainly had an impact on the defendant as he was not unable to move through the system.

II. **U.S.S.G. § 5G1.3**

Section 5G1.3 of the United States Sentencing Guidelines allows the Court to impose a sentence that is concurrent with a state court sentence. In this case, the fact that the defendant lingered in state custody for fourteen (14) months, after an ICE detainer was lodged against him, justifies the Court exercising its discretion.

GERALDO DICLO,
By his attorney,

EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
( 401 ) 528 - 4281

**CERTIFICATION**

I hereby certify that I hand-delivered a copy of the within to Lee Vilker, AUSA on the 24th day of March, 2006.

______________________