S of Rhode Island and Providence Pl tions

Kent Superior Court

State of Rhode Island vs Geraldo Diclo

Case No: K2-2003-0567A

# JUDGMENT OF CONVICTION AND COMMITMENT

On the date(s) below came the attorney for the State and the defendant, who appeared in person and by counsel, before the justice of the Superior Court named below.

Prosecutor: Gina K. Lopes
Defense Attorney(s): Emili Megrdichian Vaziri

**IT IS ADJUDGED** that the defendant, having entered a plea or having been found guilty as charged of the offense(s):

Count 1: Possession Marijuana/Sub Off, Plea Of Nolo Contendere, Sentenced By Judge Vogel, 04-Nov-2004

Full Sentence 2 Years
Term To Serve 18 Months
Suspended 6 Months
Probation 6 Months
Total Assessments $913.00

Count 3: Disorderly Conduct, Plea Of Nolo Contendere, Sentenced By Judge Vogel, 04-Nov-2004

Suspended 1 Years
Probation 1 Years concurrent

Count 4: Resisting Arrest, Plea Of Nolo Contendere, Sentenced By Judge Vogel, 04-Nov-2004

Suspended 1 Years
Probation 1 Years concurrent

and the Court, having asked the defendant whether he/she has anything to say why judgment should not be pronounced, and no sufficient cause to the contrary being shown or appearing to the Court,
**IT IS ADJUDGED** that the defendant is guilty as charged and convicted.
**IT IS ADJUDGED** that the defendant is hereby committed to the custody of the warden of the Adult Correctional Institutions for the period stated above.

Copy Attest

, Clerk

...s of Clerk of Superior Court
...ty of Kent
...wick, Rhode Island

S of Rhode Island and Providence Pla tions

**IF CONVICTED AFTER TRIAL,** the defendant has been advised of his/her right to appeal within twenty (20) days to the Supreme Court and of his/her right, if unable to pay the cost of an appeal, to apply for leave to be represented on appeal by the public defender or to appeal in forma pauperis.

**IT IS ORDERED** that the Clerk deliver a certified copy of this judgment to the proper authority of the Adult Correctional Institutions and that the copy serve as the commitment of the defendant.

TRUE COPY ATTEST

Kathleen Mahoney

Clerk Deputy

Justice, Superior Court

Date 12/6/04

True Copy Attest

, Clerk

of Clerk of Superior Court
of Kent
Warwick, Rhode Island